1  **KRONENBERGER BURGOYNE, LLP**
2  Karl S. Kronenberger (Bar No. 226112)
   Jeffrey M. Rosenfeld (Bar No. 222187)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone: (415) 955-1155
   Facsimile:  (415) 955-1158
   karl@KBInternetLaw.com
5  jeff@KBInternetLaw.com

6  Attorneys for Plaintiffs Suren Ter-Saakov
   and Tsuren LLC
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SUREN TER-SAAKOV, an individual and TSUREN LLC, a New Jersey limited liability company,**<br><br>     Plaintiffs,<br>   v.<br><br>**PRICEWERT LLC, *et al.*,**<br><br>     Defendant. | CASE NO. 09-CV-03352-~~RS~~ RMW<br><br>**[PROPOSED] DEFAULT JUDGMENT AGAINST PRICEWERT LLC** |

## [PROPOSED] DEFAULT JUDGMENT

The Application for Default Judgment by Court ("Application") of Plaintiffs Tsuren Ter-Saakov and Tsuren LLC ("Plaintiffs") was filed with the Court on August 27, 2009. In the above-captioned action, Plaintiff sought a judgment against Defendant for $385,083.01. This includes a request for $20,091 in attorney's fees.

On August 17, 2009, the Clerk of the Court entered default against Pricewert LLC. With default having been entered as to Pricewert, and the Court having considered Plaintiff's Application, the declarations of Karl Kronenberger and Suren Ter-Saakov in support thereof, the pleadings and papers on file in this action, relevant statutes and case law, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

(1) Defendant has committed fraud,

(2) Defendant has committed conversion,

(3) Defendant has interfered in Plaintiffs' contractual relationships, and

(4) Default Judgment is entered in favor of Plaintiff and against Pricewert LLC in the amount of $364,992.01. (Plaintiff has not demonstrated any entitlement to an award of attorney's fees).

**IT IS SO ORDERED.**

DATED: 4/8/10

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
Judge of the United States District Court for the Northern District of California

CASE NO. 09-CV-03352-RMW                    [PROPOSED] DEFAULT JUDGMENT

Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com